RECEIVED
MAY 14 2008
AT 6:___
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. STEVEN JOHNSON, Docket No.: 08-337 (AET)

## PETITION FOR WRIT OF HABEAS CORPUS

1. Steven Johnson, SSN: 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; DOB: 03/06/1985; FBI #912019RB2; State ID #641556C, is now confined at Northern State Prison.

2. Said individual will be required in Trenton, New Jersey, before the Hon. Anne E. Thompson, U.S. District Judge, on May 20, 2008, at 12:30 p.m., for an Arraignment, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 13, 2008.

PETER N. KATZ
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:

Hon. Anne E. Thompson, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Northern State Prison:

WE COMMAND YOU that you have the body of

STEVEN JOHNSON

now confined at the Northern State Prison, be brought to the United States District Court, before the Hon. Anne E. Thompson, District Judge, in the Clarkson S. Fisher Federal Courthouse in Trenton, New Jersey, on May 20, 2008, at 12:30 p.m., in civilian clothes, for an Arraignment, in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Anne E. Thompson
United States District Judge
Trenton, New Jersey

DATED: 5-14-08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk